UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIDNEY UNOBSKEY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>    Defendant. | Case No: C 18-04697 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

    Having received notice of the settlement of the action, see Dkt. 45, and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and a pretrial schedule will be reset, provided such motion is filed within thirty days of the date this order is filed.

    IT IS SO ORDERED.

Dated: 02/10/2020

                                        SAUNDRA BROWN ARMSTRONG
                                        Senior United States District Judge